So Ordered.

Signed this 15 day of March, 2023.





_____

Wendy A. Kinsella
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> STEPHANIE MAZLOOM, <br><br> Debtor, | Chapter 7 <br><br> Case No. 18-60206-06-dd |
| Stephanie Mazloom, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Navient Solutions, LLC and Navient Credit Finance Corporation, <br><br> Defendants. | Adv. Pro. No. 20-80033-6 |

Plaintiff Stephanie Mazloom and proposed Plaintiffs Robert and Molly Crandall having moved to amend the Complaint to add Robert and Molly Crandall as putative class representatives and additional Plaintiffs pursuant to Federal Rules of Civil Procedure 15 and 20 on November 9, 2022 (Dkt. Nos. 161–163), Defendants having opposed said motion on February 21, 2023 (Dkt. No. 182), and Proposed Intervenors having filed a reply memorandum on February 24, 2023 (Dkt. No. 183); and

This Court having held a hearing on February 28, 2023; now therefore, for the reasons stated on the record at the February 28, 2023 hearing, it is hereby

**ORDERED** that the Motion to Amend the Complaint and add the proposed intervenors is hereby **GRANTED;** and it is further

**ORDERED** that Plaintiffs shall file an Amended Complaint within thirty (30) days hereof, and Defendants shall answer the Amended Complaint within forty-five (45) days after filing of the Amended Complaint.

###